LUCAS AND LEWIS ET AL. v. NORTH CAROLINA BANK AND
TRUST COMPANY ET AL.

(Filed 2 May, 1934.)

**Pleadings D b—**

Demurrer for misjoinder of parties and causes of action held properly sustained, the several causes of action alleged not affecting all the parties to the action. C. S., 507.

---

PEARSON v. WESTBROOK.

---

APPEAL by plaintiff from *Frizzelle, J.,* at Chambers in Snow Hill, 15 December, 1933. From CRAVEN.

Civil action to recover for (1) alleged contract breaches and (2) *torts* committed on the part of the corporate defendant, and (3) alleged neglect of official duties and (4) *torts* committed by the Commissioner of Banks, Gurney P. Hood.

Demurrer was interposed on the ground of misjoinder of parties and causes of action.

From a judgment sustaining the demurrer, the plaintiff appeals.

*L. I. Moore, V. B. Derrickson, E. M. Green and R. E. Whitehurst for plaintiff.*

*Kenneth C. Royall and Brooks, Parker & Holderness for defendants.*

PER CURIAM. The demurrer was properly sustained on the ground of a misjoinder of both parties and causes of action. *Williams v. Gooch, ante,* 330; *Carswell v. Whisenant,* 203 N. C., 674, 166 S. E., 793; *Grady v. Warren,* 201 N. C., 693, 161 S. E., 319; *Sasser v. Bullard,* 199 N. C., 562, 155 S. E., 248. The several causes of action, united in the same complaint, do not "affect all the parties to the action," as required by C. S., 507.

Where this dual misjoinder occurs, and a demurrer is accordingly interposed, the decisions are to the effect that the action should be dismissed. *Shuford v. Yarbrough,* 198 N. C., 5, 150 S. E., 618; *Roberts v. Mfg. Co.,* 181 N. C., 204, 106 S. E., 664.

Affirmed.